# EXHIBIT C

<u>**CLAIM CHART ADDRESSING INFRINGEMENT BY BRIGHTBUDDIES OF CLAIM 1 OF U.S. PATENT NO. 12,688,791**</u>

Nothing in the below chart should be construed as a waiver or admission of any argument, interpretation, remedy, or the like. (Note, the leftmost column was included for clarity.)

| **Claim** | **Claim Feature** | **Direct Infringement by Yuoturetoys Smart Drawing Projector, also known as BrightBuddies Smart Drawing Projector ("BrightBuddies")** |
|---|---|---|
| 1(preamble). | A system for providing a drawing challenge comprising a plurality of challenge steps to a user, in a step-by-step manner, the system being associated with at least one challenge repository and a projection surface, the system comprising: | Bright Buddies is a system for providing a drawing challenge comprising a plurality of challenge steps to a user, in a step-by-step manner. BrightBuddies is being associated with at least one challenge repository (storage element) and a projection surface.<br><br><br>BrightBuddies Manual, Cover. |

| | | |
|---|---|---|
| | | Challenge steps,<br>step-by-step<br><br><br>User<br>Projection surface<br>BrightBuddies Manual, p. 4. |

Challenge repository



## OPERATING INSTRUCTIONS

1.Plug in the power and turn on the device to access the painting function.

(1) The device comes pre-installed with 50 high-precision painting collections.

(2) The accompanying app offers cloud-based art library updates, allowing users to download over 100 painting series and synchronize them to the device.

(3) The device locally supports a maximum storage of 100 collections. When new additions exceed the capacity, the system will automatically overwrite older collections on a "first-in, first-out" basis, ensuring users always have access to the latest resources.

2.To unlock all features, download the app to your smartphone or tablet.

(1) Apple users: Search "BrightBuddies" on the App Store.

(2) Android users: Scan the QR code (right) or search "BrightBuddies" on Google Play

(3) Connect the device.

Requires Apple iOS 12+
Requires Android 7.0+

a. Register/Log in

b. Enable Bluetooth on your phone or tablet

c. Place your phone or tablet near the Drawing Projector

d. Connection successful & Start drawing

3

BrightBuddies Manual, p. 3.

<table>
<tr>
<td>1(a)</td>
<td>a housing;</td>
<td>Housing<br><br><br>BrightBuddies Manual, p. 4.<br><br>See also, Claim 1(preamble).</td>
</tr>
</table>

| | | |
|---|---|---|
| 1(b) | a user interface disposed in said housing, said user interface including a plurality of physical buttons, the plurality of physical buttons including a next-step button; | User interface including a plurality of physical buttons   "Go Forward a Step" button<br>BrightBuddies Manual, p. 2. "Next Drawing" selection button |

| | | |
|---|---|---|
| 1(c) | at least one projecting device accommodated within said housing and adapted to project each of said plurality of challenge steps onto the projection surface according to a sequence of said plurality of challenge steps; | Projection assembly within the housing<br><br><br>BrightBuddies Manual, Cover.<br><br>Photograph of a projection assembly of BrightBuddies |

| | | |
|---|---|---|
| | | Projection assembly includes, *inter alia*, an LCD screen and an LED light source.  |

The projection assembly is adapted to project each of the plurality of challenge steps onto a projection surface according to a sequence (step-by-step manner) of said plurality of challenge steps




BrightBuddies Manual, p. 4.

| | | |
|---|---|---|
| 1(d) | a controller accommodated within said housing, said controller including: | BrightBuddies includes control board (controller) contained within the housing. The controller includes, *inter alia,* HOEA12F chip and Micro-SD flash-memory card.<br><br>Photographs of controller, accommodated within the BrightBuddies housing |

| | | |
|---|---|---|
| 1(d).1 | a processor functionally associated with the at least one challenge repository and with said at least one projecting device; and | HOEA12F includes a central processing unit (CPU) functionally associated with the at least one of the BrightBuddies's pre-installed (prestored) 50 high-precision drawing collections (internal challenge repository) and with the projection assembly. The CPU can also be functionally associated with cloud-based drawing library (external challenge repository).<br><br>OPERATING INSTRUCTIONS<br>1.Plug in the power and turn on the device to access the painting function.<br>(1) The device comes pre-installed with 50 high-precision painting collections.<br>(2) The accompanying app offers cloud-based art library updates, allowing users to download over 100 painting series and synchronize them to the device.<br>(3) The device locally supports a maximum storage of 100 collections. When new additions exceed the capacity, the system will automatically overwrite older collections on a "first-in, first-out" basis, ensuring users always have access to the latest resources.<br>2.To unlock all features, download the app to your smartphone or tablet.<br>(1) Apple users: Search "BrightBuddies" on the App Store.<br>(2) Android users: Scan the QR code (right) or search "BrightBuddies" on Google Play<br>(3) Connect the device.<br>Requires Apple iOS 12+<br>Requires Android 7.0+<br>a. Register/Log in<br>b. Enable Bluetooth on your phone or tablet<br>c. Place your phone or tablet near the Drawing Projector<br>d. Connection successful & Start drawing<br>3<br><br>BrightBuddies Manual, p. 3. |

| | | |
|---|---|---|
| 1(d).2 | a non-transitory computer readable storage medium storing software modules including instructions to be executed by said processor, said non-transitory computer readable storage medium having stored: | HOEA12F includes non-transitory memory storage, which corresponds to "a non-transitory computer readable storage medium" of Claim 1. This non-transitory computer readable storage medium of BrightBuddies stores software modules including instructions to be executed by the CPU on the HOEA12F chip.<br><br>This non-transitory memory storage having stored: |
| 1(d).2.1 | instructions to interpret input provided via said user interface; | instructions to interpret input provided via the device's physical buttons (user interface).<br><br>*See Claim 1(b) and 1(d).1*<br><br>Six buttons of the BrightBuddies' user interface are coupled to the HOEA12F chip via user interface's buttons-press switches 1 through 6 on a switch-PCB. The switch-PCB is connected to the control board via a flat ribbon cable. These user interface switches 1 to 6 are connected to the HOEA12F processor on six pins of HOEA12F chip. The HOEA12F processor monitors these pins for a change in logic level when a switch is pressed. Instructions in the HOEA12F processor interpret these logic level changes. The BrightBuddies manual describes how pushes of the buttons are interpreted by software instructions. |

| | | |
|---|---|---|
| | | For example, the manual states that button 2 has multiple functions: Short press Turn on / Long Press Turn Off / Go to home (Figure 5). Therefore, the HOEA12F processor has instructions to interpret the different timing of button presses which show up on a particular pin of the HOEA12F chip. |
| 1(d).2.2 | instructions to receive a selection of said challenge including a said plurality of challenge steps to be projected by said projecting device,<br><br>wherein said challenge is a drawing challenge or a writing challenge, and<br>each of said plurality of challenge steps includes one or more individual lines and/or curves; and | instructions to receive user's selection of the drawing challenge including the plurality of challenge steps to be projected by said projection assembly (*see Claim 1(b))*.<br><br>The HOEA12F processor contains instructions to interpret the button presses and switch to a new drawing and step through the challenge steps. Selection of a drawing challenge, which includes a plurality of challenge steps to be projected by the projecting assembly, is accomplished by a press of the "Next Drawing" button.<br><br>wherein each of the plurality of challenge steps of the drawing challenge includes one or more individual lines and/or curves.<br>*See Claim 1(preamble).*<br>For each challenge step, the lines and/or curves to draw in the current challenge-step are projected in red, and the lines and/or curves that were present in the previous challenge steps are now projected in black. The drawing challenge steps proceed until the challenge is complete. (See 1(d).2.3, below.) |

| | | |
|---|---|---|
| 1(d).2.3 | instructions to process said selected challenge in accordance with characteristics of at least one of said projecting device, said projection surface, and ambient conditions, to form, for each challenge step of the challenge, a projectable challenge step for projection by said at least one projecting device; | instructions to process the selected drawing challenge in accordance with characteristics of at least one of the projecting device, the projection surface, and ambient conditions, to form, for each challenge step of the drawing challenge, a projectable challenge step for projection by BrightBuddies' projection assembly.<br><br>BrightBuddies' challenge repository stores drawing challenges, which include each challenge's individual sub-images (challenge steps) in JPEG format. BrightBuddies' non-transitory memory storage having stored instructions to decompress/reformat each sub-image (challenge step) to project each challenge step of the drawing challenge in accordance with the LCD screen's parameters, so that the challenge steps are properly projected on a projection surface.<br><br> |

| | | |
|---|---|---|
| 1(d).2.4 | instructions to provide a first projectable challenge step corresponding to a first of said plurality of challenge steps to said projecting device for projecting thereof; and | instructions to provide a first projectable challenge step corresponding to a first of the plurality of challenge steps to the projection assembly for projecting thereof;<br><br>*See Claim 1(preamble) and Claim 1(b).*<br>Buttons 4 and 6 on BrightBuddies are used to go to the Next or Previous Drawing challenge, i.e., to select a drawing challenge. After selecting a drawing challenge, the first press of BrightBuddies' Go Forward a Step button brings up the first challenge step of multiple challenge steps associated with the drawing challenge. |
| 1(d).2.5 | instructions, to be carried out in response to receipt of a next-step input indicating depression of the next-step button of the user interface,<br>to provide a next projectable challenge step, corresponding to a next step according to said sequence of said plurality of challenge step,<br>to said projecting device for projecting thereof. | instructions, to be carried out in response to receipt of a next input indicating depression of the "Go Forward a Step" button of the user interface, to provide a next projectable challenge step, corresponding to a next step according to the sequence of the plurality of challenge steps, to projecting assembly for projecting thereof.<br><br>*See Claim 1(preamble), Claim 1(b), and Claim 1(d).2.3.*<br><br>The process steps carried out by BrightBuddies when the Go Forward a Step button is pressed is illustrated in claim element 1(d).2.3. On the 2nd, 3rd, etc. presses of the Go Forward a Step button following the initial (first) press of the Go Forward a Step button, the button serves as the "next-step" button and generates a next-step input indicating depression of the next-step button of the user interface. |