NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Farah Tabibkhoei (SBN 266312)
DOMINIUM LAW, APC
5665 Wilshire Blvd. #1071
Los Angeles, CA 90036
Tel: (323) 364-4148
Farah@DominiumLaw.com

ATTORNEY(S) FOR: Plaintiff Flycatcher Corp. Ltd.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLYCATCHER CORP. LTD.<br>Plaintiff(s),<br>v.<br>FUTURPALS CO., LIMITED. d/b/a YOTURETOYS<br>Defendant(s) | CASE NUMBER:<br>2:26-cv-11817<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff FLYCATCHER CORP. LTD. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FLYCATCHER CORP. LTD. | Plaintiff |
| FLYCATCHER TOYS INC. | Wholly owned subsidiary of FLYCATCHER CORP. LTD. |
| FUTURPALS CO., LIMITED. d/b/a YOTURETOYS | Defendant |

10/9/2026
Date

/s/ Farah Tabibkhoei
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff FLYCATCHER CORP. LTD.