Farah Tabibkhoei (SBN 266312)
**DOMINIUM LAW, APC**
5665 Wilshire Blvd. #1071
Los Angeles, CA 90036
Tel: (323) 364-4148
Farah@DominiumLaw.com

Efrem Schwalb (Admitted Pro Hac Vice)
Gary Serbin (Admitted Pro Hac Vice)
**KOFFSKY SCHWALB LLC**
500 Seventh Avenue, 8th Floor
New York, New York 10018
Tel: (646) 553-1590
eschwalb@koffskyschwalb.com
gserbin@koffskyschwalb.com

Attorneys for Plaintiff
Flycatcher Corp. Ltd.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYCATCHER CORP. LTD., Plaintiff, vs. FUTURPALS CO., LIMITED d/b/a YOTURETOYS, Defendant. | Case No.: 2:23-cv-00859-GW-SK **DECLARATION OF SHAY CHEN** |

# DECLARATION OF SHAY CHEN

Shay Chen declares that:

1. I am the Chief Executive Officer of plaintiff Flycatcher Corp. Ltd. ("Flycatcher"). I make this declaration in support of Flycatcher's motions for alternative service, a temporary restraining order and a preliminary injunction.

**Flycatcher**

2. Flycatcher is a United Kingdom private limited company, based in London, United Kingdom. Flycatcher sells its products in the United States exclusively through its wholly-owned subsidiary, Flycatcher Toys, Inc. Flycatcher Toys sells its products on Amazon.com, on Wal-mart.com and through its own website, https://store.flycatcher.toys.

3. I founded Flycatcher to manufacture and sell children's toys when I observed my children moving seamlessly between traditional and digital play. Flycatcher toys incorporate state-of-the-art technology into kid-friendly products. This elemental integration is reflected in every one of Flycatcher's toys.

4. Flycatcher toys incorporate "STEAM" learning concepts and core curricula while nurturing creativity, physical skills and emotional intelligence. STEAM refers to an educational approach to learning that uses Science, Technology, Engineering, the Arts and Mathematics as access points for guiding student inquiry, dialogue, and critical thinking. This method has been the subject of studies showing its effectiveness in child development and education.

**The Patented Technology of the SmartSketcher 2.0**

5. One of Flycatcher's most popular products is the SmartSketcher 2.0 device. The device was designed by myself and Shachar Limor.

6. The device includes a projector that beams step-by-step images onto real paper so kids trace, learn, and finish drawings they're proud of. It projects

pictures from pre-loaded cartridges or the users' own photos. The following is an image of the SmartSketcher 2.0:



7. A video showing how the SmartSketcher 2.0 is used by children can be viewed at: https://www.youtube.com/watch?v=aNfJuejW-dw&t=30s.

8. Shachar Limor and I are co-inventors on U.S. Patent No. 12,688,791 for an Interactive Educational Electronic Toy System (the "'791 Patent"). The '791 Patent was assigned by the inventors to Flycatcher, which is the current owner of the patent.

9. The '791 Patent protects the features which are embodied in the SmartSketcher 2.0 product. As detailed in the patent, the key features are that the toy presents a selected "challenge," meaning an image to trace, which was selected from a challenge repository; providing the selected challenge to a projecting

device; processing the selected challenge; a projection surface; projecting the projectable challenge onto a projection surface; and enabling a user to interact with the projectable challenge projected onto the projection surface, thereby to complete the challenge, meaning to trace the selected image.

10. SmartSketcher 2.0 has been a very successful product for Flycatcher. In 2025, sales were substantial, the vast majority of which was during the "gifting season" at the end of the year. (I will discuss that further below.)

11. The patented features of the SmartSketcher 2.0 are a large driver of consumer demand. Among others, the SmartSketcher 2.0 uses step-by-step tracing to guide the user (generally a child) to trace the picture in steps, an important functionality that we invented. The invention is new and innovative in the toy market, and the ability to select an image and have it projected onto a surface where it can be traced by the user – the central point of the patented invention – has been the key factor in the product's success.

12. Flycatcher has more recently introduced the SmartSketcher AI, which incorporates the same patented technology as the SmartSketcher 2.0, and adds AI capability to the product.

**<u>Defendant Enters The Market And Competes Directly With Flycatcher</u>**

13. In 2025, Flycatcher had virtually 100% market share in this type of interactive toy, as it had recently introduced the product. At that time, Flycatcher was the only player providing a solution based on a projector, step-by-step process, connecting to app, and converting pics to an outline created by the user.

14. However, in 2026, two competitors have introduced products which copy the patented technology and directly compete with Flycatcher's SmartSketcher 2.0, both offering virtually the same technology and play experience. One company is defendant Futurpals Co., Ltd. ("Futurpals"). The

other infringing competitor is named Caydo. Both offer their infringing products on Amazon and other internet platforms. As Flycatcher is a small company, we are pursuing one infringer at a time.

15. Futurpals is a Chinese company which does business under the name Yoture Toys. Its website is located at https://www.yoturetoys.com/. The infringing product is the only one currently offered on the website. It also sells the infringing product on Amazon. The Yoture Toys product appears thus:




16. Futurpals lists the item on Amazon under ASIN (Amazon Standard Identification Number) B0FSJ58P6N. Attached as Chen Declaration Exhibit A is a printout of Futurpals' offering on Amazon. The offering page touts the features

of the product, and includes a video by a consumer entitled "Educational fun without a screen!" showing the consumer's daughter using the product. In the course of the video minutes, the consumer states how her daughter loves the toy and demonstrates use. Among other things, she states, "I love that it gives you step by step instructions," and shows the step by step functionality in the video, while pressing the buttons on the product to use that functionality:




17. The Futurpals website at yoturetoys.com features a product page which includes comments from satisfied customers used to promote the product. Some of those comments specifically mention the step-by-step functionality:

> It's a present i bought for my daughter. plenty features in it. Impressed as it folds compact and easy to adjust. Very simple to use even for the kids, can keep kids busy for a while literally. Makes drawing super easy. With app you can choose more options. **I loved the step by step instructions for drawing** so is perfect for any age child. Absolutely makes the best present.
>
> Clever little projector that actually gets both my children sketching instead of staring at YouTube. It lives on the kitchen table, pairs over Bluetooth with a phone or tablet, and the app uses AI to turn a short description into a picture you can project and trace. You can snap a photo of the dog or a favourite toy, it converts it to an outline, and you are off. There are 50 built-in images, plus a free in-app subscription

> that unlocks more than a hundred themed packs. **The step-by-step mode is brilliant for my five-year-old**, while my seven-year-old likes typing in her own ideas. . . .

Attached as Chen Exhibits B, C, D and E are, respectively, the home, product, contact and shipping pages from the yoturetoys.com website.

18. The step-by-step feature is also being promoted by Futurpals on the packaging of its accused product. The following is an image of the packaging from a product our counsel ordered:




**<u>Futurpals Has Negatively Affected Flycatcher's Market Share</u>**

19. Although it appears that Futurpals introduced the product in late 2025, at the time it made little effort to promote it and it had little effect on SmartSketcher 2.0 sales. However, in 2026, it has made a large marketing push, and that has directly reduced Flycatcher's market share.

20. As noted, in 2025, Flycatcher's market share was virtually 100%. In 2026, however, Futurpals has cut significantly into this share. The following figures derive from Amazon, the primary retail selling point for these products, which show sales in the last three months:

| Seller | July-Sept 2026 (Sales $ and Market Share) |
|---|---|
| Flycatcher | $ 192,697 -- 54% |
| Futurpals | $ 77,300 -- 22% |
| Caydo | $ 87,100 -- 24% |

21. Thus the two infringers have together taken almost half of the market share, and Futurpals has taken some 22%.

22. It is critical to note an important aspect of the market for such products: the US gifting season. That season runs from November 1 to December 15, and corresponds to the holiday season when many people purchase holiday gifts, particularly for children.

23. Flycatcher's experience matches this. In 2025, the vast majority of sales were in the gifting season, and we expect that to be repeated in 2026. Thus the loss to market share caused by Futurpals is expected to greatly increase when that season commences.

**The Patented System Drives Consumer Demand**
**For Both Flycatcher And Futurpals**

24. The innovative patented system for the SmartSketcher 2.0 product clearly is a major factor driving consumer demand. Until the infringers came along, it was a unique product which featured a toy that has stored images, that projects these images onto a tracing surface, and enables the user to trace the picture and optionally fill in color. It is this patented system which makes the SmartSketcher 2.0 unique and which is the major cause of its commercial success and consumer demand.

25. A review of Futurpals' promotion of its infringing products, as shown above, shows that the same system, with the step-by-step functionality, is being promoted to sell a competing product. Futurpals' own promotion shows that the

central selling point for its competing product is the very system which is the subject of the patent. I have little doubt that any consumer demand for this competing product is primarily, if not exclusively, because of the use of the same system as SmartSketcher 2.0, as protected by the ’791 Patent.

**Harms Suffered By Flycatcher**

26. As noted, Futurpals has significantly cut into Flycatcher’s market share in the prior three months, and it would be expected that it would similarly capture a large share of the market during the gifting season.

27. Flycatcher is suffering from other, additional harms from this competition.

28. Flycatcher sells certain add-ons to its SmartSketcher 2.0 product: cartridges and a premium App subscription.

29. The SmartSketcher 2.0 product comes with 60 images already uploaded into the system. Consumers can purchase cartridges which contain additional images, which cartridges can be inserted into the main system and loaded.

30. Another option is to obtain a premium subscription for the App. The SmartSketcher 2.0 has a free App, which permits users to create traceable outlines from photos and other images, such as family or pet photographs. Flycatcher also offers a premium App subscription, which would allow loading of additional pre-programmed images, similar to the cartridges.

31. These add-ons have been very profitable for Flycatcher, as their costs to Flycatcher are minimal. In 2025, Flycatcher received about $2 million in revenue from these add-ons.

32. The loss of market share to infringers like Futurpals means that there would be a related loss of sales of these add-ons. While the amount of such losses would be difficult to calculate, the loss would be real and substantial.

33. Another loss to Flycatcher stems from repeat customers and customer-recommendations. The SmartSketcher 2.0 product is generally purchased by adults for children, often relatives such as parents, grandparents, etc. We have had a small percentage of repeat customers, who, we assume, were happy with their first purchase and wanted to gift the same product to another child. Furthermore, satisfied customers often recommend the product to their friends and family, who then purchase the product. The loss of market share also causes loss of these additional purchases. Again, while it would be difficult to calculate the amount of such loss, it is still substantial.

**Futurpals Is A Chinese Company With Minimal U.S. Presence**

34. When Flycatcher discovered that Futurpals was selling the infringing product, we researched the company. The Amazon Seller page lists no US address, but lists its address in Chinese characters:

**Detailed Seller Information**

**Business Name:** Shen zhen you qu ba di ke ji you xian gong si
**Business Address:**
宝安区福海街道新和社区宝安大道6099号星港同创汇
天玑座519（前海合作区）
深圳市
广东省
518103
CN

The Zip code indicates a place of business in Shenzhen, Guangdong Province. Futurpals owns a U.S. Trademark registration for the word mark BRIGHTBUDDIES. The registration lists an address in Hong Kong; our research

indicates that is a registry office used by many companies. These are Futurpals' only known addresses.

35. The yoturetoys.com website initially had no contact information. Since then, we understand that an email address, service@yoturetoys.com, has been added. In any event, we have attempted to contact the company but have been ignored.

36. The WHOIS lookup for the yoturetoys.com domain name indicates that the registrar and servers for the website are both located in China. A copy of the WHOIS page for that domain name is attached as Chen Declaration Exhibit F.

37. The Amazon offerings are listed as Fulfilled by Amazon, which means that the Seller sends a quantity of inventory to Amazon, which then fills orders from its own warehouses.

38. The Shipping page of the yoturetoys.com website states:

> **Warehouse Location**
> All orders are processed and shipped from our warehouse located in Los Angeles, California, USA.

(Exhibit E) No address is given, and we have been unable to trace its location. Other than that warehouse, its listing on Amazon and its own website, and one social media account, Futurpals appears to have no U.S. presence or assets.

39. It is well-known that enforcing U.S. judgments in China is very difficult, and often they are not enforced. Thus any money judgment by this Court would likely be uncollectible.

**Conclusion**

40. It is requested that the Court enter the temporary restraining order and a preliminary injunction.

41. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 21, 2026

Shay Chen