Farah Tabibkhoei (SBN 266312)
**DOMINIUM LAW, APC**
5665 Wilshire Blvd. #1071
Los Angeles, CA 90036
Tel: (323) 364-4148
Farah@DominiumLaw.com

Efrem Schwalb (Admitted Pro Hac Vice)
Gary Serbin (Admitted Pro Hac Vice)
**KOFFSKY SCHWALB LLC**
500 Seventh Avenue, 8th Floor
New York, New York 10018
Tel: (646) 553-1590
eschwalb@koffskyschwalb.com
gserbin@koffskyschwalb.com

Attorneys for Plaintiff
Flycatcher Corp. Ltd.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYCATCHER CORP. LTD., | Case Number: 2:26-cv-11817-GW-PD |
| Plaintiff, | **DECLARATION OF TAL S. BENSCHAR IN SUPPORT OF EX PARTE APPLICATIONS FOR (1) ORDER AUTHORIZING SERVICE OF PROCESS BY ALTERNATE MEANS AND (2) FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |
| vs. | |
| FUTURPALS CO., LIMITED d/b/a YOTURETOYS, | |
| Defendant. | |

## DECLARATION OF TAL S. BENSCHAR

I, Tal S. Benschar, declare:

1. I am Of Counsel with Koffsky Schwalb LLC, which is counsel for plaintiff Flycatcher Corp. Ltd. ("Flycatcher") in the above-entitled action. I make this declaration in support of Flycatcher's *Ex Parte* Applications for (1) Order Authorizing Service of Process by Alternate Means And (2) for Temporary Restraining Order and for Order to Show Cause Re: Preliminary Injunction ("Ex Parte Applications"). I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would competently testify thereto under oath.

2. On October 6, 2026, I accessed https://www.yoturetoys.com/, a website which is maintained by Defendant Futurpals Co., Limited doing business as Yoturetoys. The contact page lists an email address, service@yoturetoys.com, for inquiries and customer support. On the same day, using the email address genera.washington@gmail.com, I emailed Defendant at service@yoturetoys.com to inquire about Defendant's AI Drawing Projector, which is accused of infringement in the above-entitled action. On the same day, I received an email reply from "Yoturetoys Support team." A true and correct copy of the email thread dated October 6, 2026 between Defendant and me is attached hereto as **Exhibit 1**.

3. On October 7, 2026, I sent an email to Defendant at service@yoturetoys.com regarding Defendant's AI Drawing Projector and received a response from Defendant the following day. A true and correct copy of my email to Defendant on October 7, 2026 and Defendant's email reply, which I received on October 8, 2026, is attached hereto as **Exhibit 2**.

4. On October 7, 2026, I visited Amazon.com and viewed the listing[1] for Defendant's AI Drawing Projector, and placed an order for the product to be delivered to an address in Los Angeles, California. Amazon accepted the order, and it was delivered on October 8, 2026.

5. Also on October 7, 2026, I accessed Defendant's website, https://www.yoturetoys.com/, and placed an order for the AI Drawing Projector accused of infringement, to be shipped to an address in Temple City, California. On the same day, I received an order confirmation email from Defendant. However, the next day, I received an email from Defendant cancelling the order, stating that the item was out of stock, but that Defendant expected a new shipment in two weeks. A true and correct copy of the email I received from Defendant on October 8, 2026 is attached hereto as **Exhibit 3**.

6. On October 21, 2026, I diligently searched online including on Defendant's website for a fax number for Defendant but was not successful. I also have diligently searched for a U.S. address for Defendant to no avail. I have not been able to locate a fax number for defendant, nor any U.S. address. The only addresses my offices has found for Defendant are in Shenzhen, Guangdong, People's Republic of China, and Hong Kong, China.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 21st of October, 2026 in New, New York.

Tal S Benschar

__________________________
Tal Benschar

[1] Defendant's infringing AI Drawing Projector is sold on Amazon's website at https://a.co/d/00eJW5Ao (last visited October 21, 2026).