Farah Tabibkhoei (SBN 266312)
**DOMINIUM LAW, APC**
5665 Wilshire Blvd. #1071
Los Angeles, CA 90036
Tel: (323) 364-4148
Farah@DominiumLaw.com

Efrem Schwalb (Admitted Pro Hac Vice)
Gary Serbin (Admitted Pro Hac Vice)
**KOFFSKY SCHWALB LLC**
500 Seventh Avenue, 8th Floor
New York, New York 10018
Tel: (646) 553-1590
eschwalb@koffskyschwalb.com
gserbin@koffskyschwalb.com

Attorneys for Plaintiff
Flycatcher Corp. Ltd.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYCATCHER CORP. LTD., | Case Number: 2:26-cv-11817-GW-PD |
| Plaintiff, | **DECLARATION OF FARAH TABIBKHOEI IN SUPPORT OF EX PARTE APPLICATIONS FOR (1) ORDER AUTHORIZING SERVICE OF PROCESS BY ALTERNATE MEANS AND (2) FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |
| vs. | |
| FUTURPALS CO., LIMITED d/b/a YOTURETOYS, | |
| Defendant. | |

# DECLARATION OF FARAH TABIBKHOEI

I, Farah Tabibkhoei, declare:

1. I am a shareholder at Dominium Law, APC, co-counsel for Plaintiff Flycatcher Corp. Ltd. ("Flycatcher") in the above-entitled action. I make this declaration in support of Flycatcher's *Ex Parte* Applications for (1) Temporary Restraining Order and for Order to Show Cause Re: Preliminary Injunction and (2) (1) Order Authorizing Service of Process by Alternate Means ("Ex Parte Applications"). I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would competently testify thereto under oath.

2. On October 21, 2026, I emailed Defendant at service@yoturetoys.com, which is listed on Defendant's website, https://www.yoturetoys.com/, to determine if Defendant had counsel in order to notify Defendant or its counsel, orally and in writing, of the date and substance of Plaintiff's Ex Parte Applications. I did not receive any response to my email. Attached hereto as **Exhibit 1** is a true and correct copy of my October 21, 2026 email to Defendant.

3. On the same day, I conducted a search on the internet including Defendant's website, https://www.yoturetoys.com/, and the Terms of Service, Privacy Policy, Shipping Policy, and Return & Refund Policy on Defendant's website to try and locate a facsimile number and U.S. address for Defendant, but I was unable to find any facsimile number or a U.S. address for Defendant. I am informed and believe that Defendant's address is:

FUTURPALS CO., LIMITED d/b/a YOTURETOYS
Unit 519, Tianji Building
Xinggang Tongchuanghui
No. 6099 Bao'an Avenue, Xinhe Community
Fuhai Subdistrict, Bao'an District

Shenzhen, Guangdong 518103
People's Republic of China
Email: service@yoturetoys.com

4. On October 23, 2026 at 8:15 p.m., I emailed Defendant at service@yoturetoys.com and gave notice to Defendant of Plaintiff's Ex Parte Application For Order Authorizing Service Of Process By Alternative Means. Attached hereto as **Exhibit 2** is a true and correct copy of my email to Defendant dated October 23, 2026 providing notice to Defendant of Plaintiff's Ex Parte Application For Order Authorizing Service Of Process By Alternative Means.

5. On the same day at 8:15 p.m., I emailed Defendant at service@yoturetoys.com and gave notice to Defendant of Plaintiff's Ex Parte Application For A Temporary Restraining Order And An Order To Show Cause Regarding Why A Preliminary Injunction Should Not Be Issued. Attached hereto as **Exhibit 3** is a true and correct copy of my email to Defendant dated October 23, 2026 providing notice to Defendant of Plaintiff's Ex Parte Application For A Temporary Restraining Order And An Order To Show Cause Regarding Why A Preliminary Injunction Should Not Be Issued.

6. In my October 23, 2026 emails to Defendant, I notified Defendant of the date and substance of the Ex Parte Applications and asked Defendant to forward my emails to its counsel, if any, and notify me if Defendant intends to oppose the Ex Parte Applications. I also informed Defendant that any oppositions would need to be filed within 48 hours after Plaintiff's Ex Parte Applications were filed. I did not receive a response from Defendant to my emails or any indication of whether Defendant will oppose Plaintiff's Ex Parte Applications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 23rd of October, 2026 in Temple City, California.

/s/ Farah Tabibkhoei
Farah Tabibkhoei