Farah Tabibkhoei (SBN 266312)
**DOMINIUM LAW, APC**
5665 Wilshire Blvd. #1071
Los Angeles, CA 90036
Tel: (323) 364-4148
Farah@DominiumLaw.com

Efrem Schwalb (Admitted Pro Hac Vice)
Gary Serbin (Admitted Pro Hac Vice)
**KOFFSKY SCHWALB LLC**
500 Seventh Avenue, 8th Floor
New York, New York 10018
Tel: (646) 553-1590
eschwalb@koffskyschwalb.com
gserbin@koffskyschwalb.com

Attorneys for Plaintiff
Flycatcher Corp. Ltd.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FLYCATCHER CORP. LTD.,

Plaintiff,

vs.

FUTURPALS CO., LIMITED d/b/a YOTURETOYS,

Defendant.

Case No.: 2:23-cv-00859-GW-SK

**[PROPOSED] ORDER GRANTING PLAINTIFF FLYCATCHER CORP. LTD.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**

# [PROPOSED] ORDER

Having considered Plaintiff Flycatcher Corp. Ltd.'s *Ex Parte* Application for Temporary Restraining Order and Order To Show Cause Regarding Why a Preliminary Injunction Should Not Be Issued, the supporting Declarations of Shay Chen, Harry G. Direen, Jr., Ph.D., Tal S. Benschar, and Farah Tabibkhoei and exhibits thereto, and any opposition thereto, and it appearing to the satisfaction of the Court that this is a proper case for granting a temporary restraining order and an order to show cause why a preliminary injunction should not issue on an *ex parte* basis, **IT IS HEREBY ORDERED** that Plaintiff Flycatcher Corp. Ltd.'s *Ex Parte* Application for Temporary Restraining Order and Order To Show Cause Regarding Why a Preliminary Injunction Should Not Be Issued is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Defendant FUTURPALS CO., LIMITED d/b/a YOTURETOYS and all of its agents, servants, employees and attorneys, and those persons in active concert or participation or privity with any of them are hereby restrained and enjoined from selling or offering for sale that item entitled AI Drawing Projector for Kids Ages 4-12 as offered on the site https://www.yoturetoys.com/ and on https://www.amazon.com/ under ASIN B0FSJ58P6N until further order of the Court;
2. Amazon is hereby ordered to disable the offering under ASIN B0FSJ58P6N on https://www.amazon.com/ until further order of the Court; and
3. Any registrar or registry connected with the domain name https://www.yoturetoys.com/ is ordered to disable https://www.yoturetoys.com/ and https://www.futurpals.com and any other website resolving to or redirecting to https://www.yoturetoys.com/ until further order of the Court.

**IT IS FURTHER ORDERED** that:

1. Plaintiff Flycatcher Corp. Ltd. shall serve Defendant, by e-mail and overnight courier, with a copy of this Order and Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order To Show Cause Regarding Why a Preliminary Injunction Should Not Be Issued by October_______, 2026.

2. Defendant FUTURPALS CO., LIMITED d/b/a YOTURETOYS is HEREBY ORDERED to file no later than October_______, 2026, a response to the Order To Show Cause Regarding Why A Preliminary Injunction Should Not Be Entered as follows:

   a. Defendant FUTURPALS CO., LIMITED d/b/a YOTURETOYS and all of its agents, servants, employees and attorneys, and those persons in active concert or participation or privity with any of them, shall be restrained and enjoined from selling or offering for sale that items entitled AI Drawing Projector for Kids Ages 4-12, as offered on the site https://www.yoturetoys.com/ and on https://www.amazon.com/ under ASIN B0FSJ58P6N until further order of the Court;

   b. Amazon is ordered to disable the offering under ASIN B0FSJ58P6N on https://www.amazon.com/ until further order of the Court; and

   c. Any registrar or registry connected with the domain name https://www.yoturetoys.com/ is ordered to disable https://www.yoturetoys.com/ and https://www.futurpals.com and any other website resolving to or redirecting to https://www.yoturetoys.com/ until further order of the Court.

3. Any Opposition to Defendant's Response to the Order to Show Cause, if any, shall be e-filed no later than __________, 2026.

4. The Court hereby sets a hearing on the Order To Show Cause Why A Preliminary Injunction Should Not Be Issued for _____________ 2026, at 8:30

a.m. in the Courtroom of the Honorable George H. Wu located at the Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st St, Los Angeles, CA 90012, Courtroom 9D, 9th Floor.

5. Plaintiff shall not be required to post a bond for the temporary restraining order or preliminary injunction.

**IT IS SO ORDERED.**

Dated: ____________________

____________________
Hon. George H. Wu
United States District Judge