UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-11817-JVS-PD | Date | November 9, 2026 |
| Title | Flycatcher Corp. Ltd. v. Futurpals Co., Limited | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Elsa Vargas | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Scheduling Order Continuing Preliminary Injunction Hearing and Extending Temporary Restraining Order**

A temporary restraining order "expires at the time of after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extensions." Fed. R. Civ. P. 65(b)(2). A court may also extend a temporary restraining order *sua sponte* if good cause exists. See e.g., Nat'l Ass'n for Gun Rts., Inc. v. Garland, No. 4:23-CV-00830-O, 2023 WL 5610293, at *12 n.56 (N.D. Tex. Aug. 30, 2023). Courts have construed the phrase "for a like period" to mean an additional fourteen days. See, e.g., Chicago United Indus., Ltd. v. City of Chicago, 445 F.3d 940, 946 (7th Cir. 2006). Under appropriate circumstances, a court may extend a temporary restraining order beyond twenty-eight days. H-D Michigan, LLC v. Hellenic Duty Free Shops S.A., No. 2:11-CV-00742, 2011 WL 4368418, at *1 (E.D. Wis. Sept. 19, 2011) (collecting cases). In cases such as these, where a foreign defendant declines to voluntarily participate in the suit after receiving notice, courts have extended the temporary restraining order until the plaintiff effected service pursuant to the Hague Convention. See id., at *2. The parties do not dispute that Flycatcher must effect service through the Chinese Central Authority unless otherwise authorized. (See Opp'n at 2; Reply.)

Therefore, the Court finds good cause exists to *sua sponte* extend the temporary restraining order. The Court **EXTENDS** the temporary restraining order until Flycatcher has effected service through the Chinese Central Authority and **VACATES** the order to show cause hearing set for November 10, 2026 at 9:00am. Flycatcher shall notify the court when it has effected service.

**IT IS SO ORDERED.**